UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JUDY SEAVEY, individually and on
behalf of all others similarly situated,

       Plaintiff,

v.                                                    CASE NO. 8:17-cv-387-T-30TBM

AIG DIRECT INSURANCE
SERVICES, INC., a California
Corporation,

       Defendant.
_____/

## NOTICE OF SETTLEMENT

      Defendant, AIG Direct Insurance Services, Inc., notifies the Court that this case has been settled and the parties are in the process of preparing the settlement documents. A Stipulation of Dismissal with Prejudice will be filed with the Court.

Dated: January 30, 2018     EDISON, McDOWELL & HETHERINGTON LLP
                                        Attorneys for Defendant
                                        2101 N.W. Corporate Blvd., Suite 316
                                        Boca Raton, FL 33431
                                        (561) 994-4311
                                        (561) 982-8985 fax

                                        By: ___s/Kristina B. Pett
                                               KRISTINA B. PETT
                                             Fla. Bar No. 0973688
                                             kristina.pett@emhllp.com

William B. Thomas, Esq.*
David T. McDowell, Esq.
EDISON, MCDOWELL & HETHERINGTON LLP
1001 Fannin Street, Suite 2700
Houston, TX 77002
(713) 333-5888 (Telephone)
(713) 333-5981 (Facsimile)
*Admitted Pro Hac Vice

*Counsel for AIG Direct Insurance Services, Inc.*

## CERTIFICATE OF SERVICE

I certify that on January 30, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Stefan Coleman, Esq.
Blake J. Duggar, Esq.
Law Offices of Stefan Coleman, PLLC
201 S. Biscayne Blvd.
28th Floor
Miami, FL 33131
law@stefancoleman.com
blake@stefancoleman.com
*Counsel for Plaintiff*

Steven L. Woodrow, Esq.*
Patrick H. Peluso, Esq.*
Woodrow & Peluso, LLC
3900 E. Mexico Ave.
Denver, CO 80210
swoodrow@woodrowpeluso.com
ppeluso@woodrowpeluso.com
*Co-Counsel for Plaintiff*
*Admitted Pro Hac Vice*

s/Kristina B. Pett
Kristina B. Pett

2